PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

GARY LEON LIGONS,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.[1]

No. 2:21-cv-00084-CKD

STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

    The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file her cross-motion for summary judgment in this case. Good cause exists for this request. Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by her busy schedule. Defendant's counsel has seventy-one other active cases in various

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

stages of litigation and 26 responsive briefs due in the next 60 days including one Ninth Circuit answering brief.  Additionally, Defendant's counsel has other responsibilities with another practice group in her office where the work cannot be extended.  Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily.  Defendant apologizes to the Court for any inconvenience caused by this delay.

Therefore, Defendant seeks an extension of 60 days, from March 7, 2022 to May 6, 2022 to file her cross-motion for summary judgment in this case.  This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: February 9, 2022         */s/ Monica Perales*
                               MONICA PERALES
                               Law Offices of Lawrence D. Rohlfing
                               Attorney for Plaintiff
                               (as approved via email)

                               PHILLIP A. TALBERT
                               United States Attorney

DATE: February 9, 2022    By   *s/ Margaret Lehrkind*
                               MARGARET LEHRKIND
                               Special Assistant United States Attorney

                               Attorneys for Defendant

                               ORDER

Pursuant to stipulation, it is so ordered.

Dated: February 10, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE