Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Gary Leon Ligons

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEON LIGONS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:21-cv-00084-CKD<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Gary Leon Ligons ("Ligons ) be awarded attorney fees and expenses in the amount of five thousand three hundred dollars ($5,300.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of four hundred and two dollars ($402.00) under 28 U.S.C. § 1920. This amount represents compensation for all

legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Ligons, the government will consider the matter of Gary Leon Ligons's assignment of EAJA fees to Monica Perales ("Perales").  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Ligons, but if the Department of the Treasury determines that Ligons does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Ligons.[1]  Any payments made shall be delivered to Perales.

This stipulation constitutes a compromise settlement of Ligons's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Ligons and/or Perales including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Perales and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: October 28, 2022   Respectfully submitted,

                LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                /s/ *Monica Perales*

BY: _____
        Monica Perales
        Attorney for plaintiff Gary Leon Ligons


DATED: October 28, 2022   PHILLIP A. TALBERT
        United States Attorney
        PETER K. THOMPSON
        Acting Regional Chief Counsel, Region IX
        Social Security Administration

        /s/ *Margaret Lehrkind*
        _____
        MARGARET LEHRKIND
        Special Assistant United States Attorney
        Attorneys for Defendant
        KILOLO KIJAKAZI, Acting Commissioner of
        Social Security (Per e-mail authorization)


### ORDER

Approved and so ordered.

Dated: October 31, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE